# United States Bankruptcy Court
## Northern District of
## Texas

In Re:
Blanca Rivera Craft, xxx-xx-4808
9140 Timber Oaks Dr.
Fort Worth, TX 76179

Case No.: 18-44288

Chapter: 13

Judge: Edward L. Morris

### Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears (per Local Bankruptcy rule 3002-2 regarding Trustee's Mid Case Audit of Plan and Mortgage)

| Part 1: Pre-Petition Arrears |
|---|

Creditor **agrees** that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:  $ _____N/A_____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Amount Deemed Necessary to Cure Mortgage Arrears (per Local Bankruptcy rule 3002-2 regarding Trustee's Mid Case Audit of Plan and Mortgage)..*

| Part 2: Post-petition Arrears |
|---|

***Outside the plan:*** Creditor **does not agree** that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $950.00 per PPFN filed 12/14/2018.

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Amount Deemed Necessary to Cure Mortgage Arrears (per Local Bankruptcy rule 3002-2 regarding Trustee's Mid Case Audit of Plan and Mortgage).*

***Inside the plan***: Creditor Agrees that the debtor(s) have paid $55,662.29 towards the total Allowed Claim amount of $77,950.53, which consists of payments towards Principal and Interest only, and that the remaining amount to be paid through the Chapter 13 Plan is $22,288.24 as of the date of the Trustee's Notice.

    If the creditor disagrees:

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

## Part 3: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

  I am the creditor.           X  I am the creditor's authorized agent.

                                              (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true

and correct. /s/ Chase Berger

Date: 6/3/2022
_____

Signature

BANKRUPTCY ATTORNEY

Print: Chase Berger
_____

Name

Title

Ghidotti Berger

Company

9720 Coit Road, Suite 220-228

Address
Plano, TX 75025

(949) 427-2010

bknotifications@ghidottiberger.com

Phone

Email

## Part 4: Service

Notice Mailed to:

Debtor(s) (address):1

  Debtor(s)' Counsel:

      X  Via CM/ECF

      " Via email (email address): _____

      " Via US Mail (address): _____

Trustee:

      X  Via CM/ECF

*new.9/1/10*

| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Blanca Rivera Craft | |
| | aka Blanca Pachares | |
| Debtor 2 | | |
| (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Northern District of | Texas |
| | | (State) |
| Case number | 18-44288-ELM13 | |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Specialized Loan Servicing LLC        **Court claim no.** (if known):        8-1

**Last four digits** of any number you use to
identify the debtor's account:        4142

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☒    No
☐    Yes. Date of the last notice: _____.

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 11/27/2018 | (5) | $350.00 |
| | | Proof of Claim Loan Payment History | 11/27/2018 | (5) | $300.00 |
| | | Plan Review Fee | 11/06/2018 | (5) | $300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $950.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Blanca Rivera Craft | Case Number (if known) | 18-44288-ELM13 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Mukta Suri**
_____
Signature

Date   **12/24/2018**

Print   **Mukta Suri**
_____
First Name    Middle Name    Last Name

Title   Authorized Agent for Specialized Loan Servicing, LLC

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 425
Number          Street

Dallas, Texas  75254
City          State          ZIP Code

Contact phone   (972) 643-6600          Email   POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 24, 2018 via electronic notice unless otherwise stated:

**Debtor**                     *Via U.S. Mail*
Blanca Rivera Craft
9140 Timber Oaks Dr
Fort Worth, TX 76179


**Debtors' Attorney**
Christopher Marvin Lee
Lee Law Firm, PLLC
8701 Bedford Euless Road
Suite 510
Hurst, TX  76053

**Chapter 13 Trustee**
Tim Truman
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180


Respectfully Submitted,

/s/ **Mukta Suri**
_____



| PAYMENT CHANGES | | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 01/01/17 | 284.10 | 1,413.40 | 1,697.50 | |
| 10/01/17 | 284.10 | 1,072.87 | 1,356.97 | |
| 06/01/18 | 284.10 | 1,087.07 | 1,371.17 | |
| 10/01/18 | 284.10 | 1,406.42 | 1,690.52 | |
| 12/01/18 | 284.10 | 1,184.83 | 1,468.93 | Payment listed in POC |
| 09/01/20 | 284.10 | 1,425.22 | 1,709.32 | |
| 05/01/21 | 284.10 | 1,342.78 | 1,626.88 | |
| 05/01/22 | 284.10 | 1,339.94 | 1,624.04 | |
| | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Craft |
| Date Filed: | 11/1/2018 |
| BK Case # | 18-44288 |

| First Post Petition Due Date: | 12/1/2018 | total debt | TPA |
|---|---|---|---|
| POC covers: | 1/1/17-11/1/18 | | |
| MOD EFFECTIVE DATE: | | | |

| Date | Amount Recvd | PRE/POST/APO | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Total PTD | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | $2,215.01 | $0.00 | | |
| 11/5/2018 | | Pre | | | | $0.00 | | | $0.00 | | | $2,215.01 | $0.00 | | |
| 4/3/2019 | $3,100.29 | Post | | | | $3,100.29 | $3,100.29 | | $3,100.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $3,100.29 | | | $2,215.01 | $0.00 | | |
| 5/6/2019 | $751.28 | Post | | | | $751.28 | $751.28 | | $3,851.57 | | | $2,215.01 | $0.00 | | |
| 6/7/2019 | $1,627.76 | Post | | | | $1,627.76 | $1,627.76 | | $5,479.33 | | | $2,215.01 | $0.00 | | |
| 7/9/2019 | $1,697.33 | Post | | | | $1,697.33 | $1,697.33 | | $7,176.66 | | | $2,215.01 | $0.00 | | |
| 8/6/2019 | $2,396.59 | Post | | | | $2,396.59 | $2,396.59 | | $9,573.25 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $9,573.25 | | | $2,215.01 | $0.00 | | |
| 9/9/2019 | $759.38 | Post | | | | $759.38 | $759.38 | | $10,332.63 | | | $2,215.01 | $0.00 | | |
| 10/2/2019 | $1,771.88 | Post | | | | $1,771.88 | $1,771.88 | | $12,104.51 | | | $2,215.01 | $0.00 | | |
| 11/18/2019 | $1,645.32 | Post | | | | $1,645.32 | $1,645.32 | | $13,749.83 | | | $2,215.01 | $0.00 | | |
| 12/6/2019 | $1,645.32 | Post | | | | $1,645.32 | $1,645.32 | | $15,395.15 | | | $2,215.01 | $0.00 | | |
| 1/6/2020 | $1,687.50 | Post | | | | $1,687.50 | $1,687.50 | | $17,082.65 | | | $2,215.01 | $0.00 | | |
| 2/7/2020 | $1,687.50 | Post | | | | $1,687.50 | $1,687.50 | | $18,770.15 | | | $2,215.01 | $0.00 | | |
| 3/19/2020 | $1,687.50 | Post | | | | $1,687.50 | $1,687.50 | | $20,457.65 | | | $2,215.01 | $0.00 | | |
| 5/7/2020 | $1,687.50 | post | | | | $1,687.50 | $1,687.50 | | $22,145.15 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $22,145.15 | | | $2,215.01 | $0.00 | | |
| 5/8/2020 | $1,687.49 | post | | | | $1,687.49 | $1,687.49 | | $23,832.64 | | | $2,215.01 | $0.00 | | |
| 6/12/2020 | $1,653.75 | post | | | | $1,653.75 | $1,653.75 | | $25,486.39 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $25,486.39 | | | $2,215.01 | $0.00 | | |
| 7/9/2020 | $1,620.00 | post | | | | $1,620.00 | $1,620.00 | | $27,106.39 | | | $2,215.01 | $0.00 | | |
| 8/5/2020 | $810.00 | post | | | | $810.00 | $810.00 | | $27,916.39 | | | $2,215.01 | $0.00 | | |
| 9/2/2020 | $1,557.69 | post | | | | $1,557.69 | $1,557.69 | | $29,474.08 | | | $2,215.01 | $0.00 | | |
| 10/6/2020 | $1,495.38 | post | | | | $1,495.38 | $1,495.38 | | $30,969.46 | | | $2,215.01 | $0.00 | | |
| 11/3/2020 | $2,145.80 | post | | | | $2,145.80 | $2,145.80 | | $33,115.26 | | | $2,215.01 | $0.00 | | |
| 11/30/2020 | $810.00 | post | | | | $810.00 | $810.00 | | $33,925.26 | | | $2,215.01 | $0.00 | | |
| 1/5/2021 | $2,367.69 | post | | | | $2,367.69 | $2,367.69 | | $36,292.95 | | | $2,215.01 | $0.00 | | |
| | | post | | | | $0.00 | | | $36,292.95 | | | $2,215.01 | $0.00 | | |
| 2/2/2021 | $1,495.38 | post | | | | $1,495.38 | $1,495.38 | | $37,788.33 | | | $2,215.01 | $0.00 | | |
| 3/2/2021 | $1,744.61 | post | | | | $1,744.61 | $1,744.61 | | $39,532.94 | | | $2,215.01 | $0.00 | | |
| | | post | | | | $0.00 | | | $39,532.94 | | | $2,215.01 | $0.00 | | |
| 4/7/2021 | $1,245.81 | post | | | | $1,245.81 | $1,245.81 | | $40,778.75 | | | $2,215.01 | $0.00 | | |
| 5/5/2021 | $1,001.70 | post | | | | $1,001.70 | $1,001.70 | | $41,780.45 | | | $2,215.01 | $0.00 | | |
| 6/2/2021 | $1,046.22 | post | | | | $1,046.22 | $1,046.22 | | $42,826.67 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $42,826.67 | | | $2,215.01 | $0.00 | | |
| 7/8/2021 | $1,636.11 | post | | | | $1,636.11 | $1,636.11 | | $44,462.78 | | | $2,215.01 | $0.00 | | |
| 8/9/2021 | $1,090.74 | Post | | | | $1,090.74 | $1,090.74 | | $45,553.52 | | | $2,215.01 | $0.00 | | |
| 9/8/2021 | $1,090.74 | post | | | | $1,090.74 | $1,090.74 | | $46,644.26 | | | $2,215.01 | $0.00 | | |
| 10/6/2021 | $1,090.74 | post | | | | $1,090.74 | $1,090.74 | | $47,735.00 | | | $2,215.01 | $0.00 | | |
| 11/2/2021 | $1,072.65 | post | | | | $1,072.65 | $1,072.65 | | $48,807.65 | | | $2,215.01 | $0.00 | | |
| 12/6/2021 | $1,581.84 | post | | | | $1,581.84 | $1,581.84 | | $50,389.49 | | | $2,215.01 | $0.00 | | |
| 1/7/2022 | $1,054.56 | post | | | | $1,054.56 | $1,054.56 | | $51,444.05 | | | $2,215.01 | $0.00 | | |
| 1/31/2022 | $1,054.56 | post | | | | $1,054.56 | $1,054.56 | | $52,498.61 | | | $2,215.01 | $0.00 | | |
| 3/2/2022 | $1,054.56 | post | | | | $1,054.56 | $1,054.56 | | $53,553.17 | | | $2,215.01 | $0.00 | | |
| 4/7/2022 | $1,054.56 | post | | | | $1,054.56 | $1,054.56 | | $54,607.73 | | | $2,215.01 | $0.00 | | |
| 5/3/2022 | $1,054.56 | post | | | | $1,054.56 | $1,054.56 | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| TOTAL PTD: | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| $55,662.29 | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |
| | | | | | | $0.00 | | | $55,662.29 | | | $2,215.01 | $0.00 | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In Re:**<br>**Blanca Rivera Craft** | **Case No.: 18-44288-elm13** |
| | **Chapter (13)** |
| **Debtors.** | **Judge Edward L. Morris** |

### CERTIFICATE OF SERVICE

On June 03, 2022, I served the foregoing Statement in Response to Notice of Amount Deemed Necessary to Cure on the following individuals by electronic means through the Court's ECF Program.

**COUNSEL FOR DEBTOR:**

Eric Allen Maskell     ecf@leebankruptcy.com

**TRUSTEE**

Tim Truman            ftworthchapter13trustee-ecf@ch13ftw.com

**COUNSEL FOR TRUSTEE:**

Angela D. Allen        angelaa@ch13ftw.com

**U.S. TRUSTEE:**      ustpregion06.da.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 03, 2022                              /s/ Ana Palacios
                                                 Ana Palacios

On June 03, 2022, I served the foregoing Statement in Response to Notice of Amount Deemed Necessary to Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR:**

Blanca R. Craft, 9140 Timber Oaks, Fort Worth, TX 76179

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 03, 2022                              /s/ Ana Palacios
                                                 Ana Palacios